**United States District Court**
**Northern District of New York**

| | |
|---|---|
| Michael Stiefvater,<br>    *Plaintiff*,<br><br>vs.<br><br>Andrew Saul<br>Commissioner of the Social<br>Security Administration<br>    *Defendant*. | Case 1:20-cv-00838-LEK-DJS<br><br>Lawrence K. Kahn<br>United States District Judge<br><br>Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Agency will vacate the November 15, 2019 hearing decision and reinstate Plaintiff's eligibility for benefits in accordance with the December 4, 2018 initial determination. The Appeals Council will direct the Administrative Law Judge to properly notify the Plaintiff if she intends to reconsider the prior favorable initial determination dated December 4, 2018, in accordance with HALLEX I-2-2-10(B), specifically, whether she plans to reconsider the onset date of disability beginning September 1, 2018; obtain medical expert evidence and reconsider the nature, severity, and limiting effects of the Plaintiff's impairments; and if the case proceeds to steps four and/or five of the sequential evaluation process, obtain vocational expert evidence and allow the Plaintiff to cross examine the expert.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Michael Stiefvater, |
| By His Attorneys, | By His Attorney, |
| Antoinette T. Bacon, Acting United States Attorney | |
| /s/ Amelia Stewart | /s/ Lewis B. Insler [1] |
| Amelia Stewart | Lewis B. Insler |
| Special Assistant United States Attorney | Attorney for Plaintiff |
| N.D.N.Y. Bar Roll No. 700990 | 403 Shelwood Circle |
| Social Security Administration | Asheville, NC 28804 |
| Office of the General Counsel | (914) 980-2561 |
| J.F.K. Federal Building, Room 625 | |
| Boston, MA 02203 | |
| (617) 565-2376 | |
| Amelia.Stewart@ssa.gov | |

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: __April 05, 2021__

---

[1] Signed by Amelia Stewart with Lewis Insler's permission, received by email on March 31, 2021.